IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION- GREENBELT, MD

**VEDA JOY** :

    Plaintiff :

    v. :     Civil Action No.: DKC-2010-1754

**ZWICKER & ASSOCIATES, PC** :

    Defendant(s) :

## ENTRY OF APPEARANCE

Will the Clerk of the Court kindly enter the appearance of Andrew S. Lerner and Gregory B. Walz as counsel of record for the Defendant, Zwicker & Associates, P.C.

Respectfully submitted,

ZWICKER & ASSOCIATES, P.C.

By:      /s/ Gregory B_Walz
Andrew S. Lerner
Gregory B. Walz, Bar No. 23828
401 Professional Drive, Suite 150
Gaithersburg, MD 20879
(301) 355-7400
alerner@zwickerpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2010, I served via first class mail, postage prepaid, a copy of the foregoing to:

Forrest E Mays
2341 N. Forrest Drive, Suite 90
Annapolis, MD 21403
Attorney for Plaintiff

Lemberg & Associates, LLC
A Connecticut Law Firm
1100 Summer Street, 3rd Floor
Stamford, CT 0690
Attorneys for Plaintiff

　　　　　　　　　　　　　　　　　　/s/ Gregory Walz
　　　　　　　　　　　　　　　　　　Andrew S. Lerner, Esq.
　　　　　　　　　　　　　　　　　　Gregory B. Walz, Esq.