UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| Veda Joy,<br><br>          Plaintiff,<br>v.<br><br>Zwicker & Associates, P.C.; and DOES 1-10, inclusive,<br><br>          Defendant. | Civil Action No.: 8:10-cv-01754-DKC |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: June 14, 2011

                                          Respectfully submitted,
                                          By /s/ Forrest E. Mays
                                          Forrest E. Mays (Bar No. 07510)
                                          1783 Forest Drive, Suite 109
                                          Annapolis, MD  21401
                                          Telephone: (410) 267-6297
                                          Facsimile: (410) 267-6234
                                          Email: mayslaw@mac.com

                                          Of Counsel To
                                          LEMBERG & ASSOCIATES L.L.C.
                                          A Connecticut Law Firm
                                          1100 Summer Street, 3rd Floor
                                          Stamford, CT 06905
                                          Telephone: (203) 653-2250
                                          Facsimile:  (888) 953-6237
                                          ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

   I hereby certify that on June 14, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

               By /s/ Forrest E. Mays_____

                 Forrest E. Mays