**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

_____

Veda Joy,

        Plaintiff,

v.

Zwicker & Associates, P.C.; and DOES 1-10, inclusive,

        Defendant.

_____

Civil Action No.: 8:10-cv-01754-DKC

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against all defendants including Zwicker & Associates, P.C. and Does 1-10, inclusive, with prejudice and without costs to any party.

| Veda Joy | Zwicker & Associates, P.C. |
|---|---|
| ___/s/ Forrest E. Mays_____ | _/s/ Gregory B. Walz_____ |
| Forrest E. Mays (Bar No. 07510) | Signed with permission |
| 1783 Forest Drive, Suite 109 | Gregory B. Walz |
| Annapolis, MD 21401 | Zwicker & Associates, P.C. |
| Telephone: (410) 267-6297 | 401 Professional Drive #150 |
| Fascimile: (410) 267-6234 | Gaithersburg, MD 20879 |
| Email: mayslaw@mac.com | (301) 355-7400 |
| Attorney for Plaintiff | Attorney for Defendant |

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 12, 2011, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                By_/s/ Forrest E. Mays_____
                  Forrest E. Mays